UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOMINIQUE DEANGELO DARDEN, <br><br> Plaintiff, <br><br> v. <br><br> JAY ROBERT INSLEE, *et al.*, <br><br> Defendants. | CASE NO. 2:22-cv-00898-JHC-JRC <br><br> REPORT AND RECOMMENDATION <br><br> NOTED FOR: October 28, 2022 |

The District Court has referred this action filed under 42 U.S.C. § 1983 to U.S. Chief Magistrate Judge J. Richard Creatura. *See* Dkt. 2.

On June 28, 2022, the clerk of this Court mailed the Notice of Filing Deficiency to plaintiff. *See* Dkt. 2. On July 11, 2022, this notice was returned and marked as "not here." Dkt. 4, at 1 (emphasis removed). Thus, on July 25, 2022, this Court issued an order directing plaintiff to update her mailing address. Dkt. 5, at 1. In turn, on August 4, 2022, this order was, again, returned to the Court in an envelope marked "not here." Dkt. 6.

A party proceeding *pro se* shall keep the Court and opposing parties advised as to her current mailing address. LCR 41(b)(2). If mail directed to a *pro se* plaintiff by the Clerk is returned by the Postal Service, and if plaintiff fails to notify the Court and opposing parties

within 60 days thereafter of her current mailing address, the Court may dismiss the action without prejudice for failure to prosecute. LCR 41(b)(2).

The Court has advised plaintiff that failure to notify the Court of her proper mailing address by September 9, 2022, would lead the undersigned to recommend dismissal of this action without prejudice. Dkt. 5, at 2. Plaintiff has not responded to the order to update her address or otherwise taken further action in this matter. As such, this matter should be **DISMISSED WITHOUT PREJUDICE**.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge (*see* 28 U.S.C. § 636(b)(1)(C)) and can result in a result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **October 28, 2022,** as noted in the caption.

Dated this 7th day of October, 2022.

J. Richard Creatura
Chief United States Magistrate Judge