1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOMINIQUE DEANGELO DARDEN, | CASE NO. 2:22-cv-00898-JHC-JRC |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| JAY ROBERT INSLEE et al., | |
| Defendants. | |

The Court, having reviewed the report and recommendation of Chief Magistrate Judge J. Richard Creatura and the remaining record, does hereby find and ORDER:

(1) The Court adopts the report and recommendation.

(2) The matter is dismissed without prejudice, and the case is closed.

(3) The Clerk is directed to send copies of this order to plaintiff and to the Hon. J. Richard Creatura.

Dated this 28th day of October, 2022.

John H. Chun
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1